UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                              Criminal No. 14-mj-30216

GAVIN IRA AWERBUCH,

    Defendant.

## MOTION AND ORDER TO UNSEAL THE COMPLAINT
## AND ARREST WARRANT

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

*s/JOHN K. NEAL*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
John.neal@usdoj.gov
(313) 226-9644

**IT IS SO ORDERED.**

<u>s/David R. Grand</u>
David R. Grand
United States Magistrate Judge

Entered:5/6/14